CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 23 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHIRLEY M. WALKER, | )<br>) |
| Plaintiff, | ) Civil Action No. 7:18CV00258 |
| v. | ) **FINAL ORDER** |
| PHEASANT RIDGE SENIOR LIVING and ANN DUNBAR, | ) By: Hon. Glen E. Conrad<br>) Senior United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendants' motion to dismiss is **GRANTED**; and

2. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

DATED: This 23rd day of July, 2018.

_____
Senior United States District Judge